AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Kelly Harrell ) USAO CW No. 26-127

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

Eric Sanville
*Defendant(s)*

Case No. 26-mj-1682

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 15, 2025 in the county of Delaware in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2251(a) | Manufacture and attempted manufacture of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ James J. Zajac
*Complainant's signature*

James J. Zajac, FBI Agent
*Printed name and title*

Sworn to before me and signed by telephone.

Elizabeth L. Toplin
Digitally signed by Elizabeth L. Toplin
Date: 2026.08.27 10:30:26 -04'00'
*Judge's signature*

Date: ____________

City and state: Philadelphia, Pennsylvania

Honorable Elizabeth L. Toplin, USMJ
*Printed name and title*

26-mj-1682

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

I, James J. Zajac, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI and have been for 20 years. I am currently assigned to the Philadelphia Division's Newtown Square Resident Agency and was previously assigned to the Philadelphia Division's Violent Crimes Against Children Squad. While employed by the FBI, I have investigated federal criminal violations related to identity theft, Internet fraud, computer intrusions, online sexual exploitation of children, failure to register as a sex offender, and kidnappings. I have gained experience through training at the FBI Academy, the Violent Crimes Against Children Unit of the FBI, various conferences involving child exploitation and crimes against children, and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have investigated child exploitation crimes for my entire FBI career.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are

necessary to establish probable cause to believe that ERIC SANVILLE, year of birth 1986, committed violations of 18 U.S.C. § 2251(a), which makes it a crime to employ, use, persuade, induce, entice, or coerce any minor, that is, a person under the age of 18 years, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and any attempts to do so.

**FACTS SUPPORTING PROBABLE CAUSE**

4. In July and August of 2025, Snapchat made multiple CyberTipline reports to the National Center for Missing and Exploited Children (NCMEC) concerning two subject Snapchat accounts, "MAX22715356" and "M9156695," that were being used to target minor girls to have them manufacture and distribute sexually explicit photos and videos of themselves. The two subject Snapchat accounts were linked together because they both used the same Verizon IP (internet protocol) address to access the accounts. Through investigation, FBI determined the IP address was assigned to the Verizon Internet subscriber ERIC SANVILLE, residing on Harrison Avenue in Norwood, Pennsylvania. While investigating the CyberTipline reports, your affiant obtained a federal search warrant, 26-mj-1138, authorized by United States Magistrate Judge Scott W. Reid, Eastern District of Pennsylvania, to search the Snapchat accounts "MAX22715356" and "M9156695," some of the results of which are further discussed below.

5. The July 2025 CyberTipline reports involved the Snapchat account "MAX22715356" soliciting an 8-year-old girl, hereinafter "MINOR 1," who lives in Sweden, for images of child sexual abuse material ("CSAM"), or child pornography, and sending the child images of his penis. During MAX22715356's Snapchat communications with MINOR 1, on or

about July 15, 2025, MINOR 1 told MAX22715356 that she was 11 years old. MAX22715356 made multiple requests for sexually explicit images and directed MINOR 1 how to pose. For example, MAX22715356 told MINOR 1:

a. "Lay on ur bed and already those legs open for me;"

b. "Spread those legs open;"

c. "Take ur fingers and open it;" and

d. "I wanna see inside baby."

6. During their Snapchat communications, MINOR 1 sent a selfie-style photo depicting a nude, prepubescent girl, with no breast development or pubic hair, laying on the floor with her legs spread to expose her vagina. MINOR 1 appears to have sent several other image files to MAX22715356, but the content of those images files is no longer visible in the Snapchat content that FBI obtained through a search warrant. MINOR 1 was subsequently interviewed and identified herself in the photograph described above. MINOR 1 reported that she believed MAX22715356 was 14 to 15 years old.

7. On August 15, 2025, Snapchat made CyberTipline Reports regarding a conversation between subject Snapchat user "M9156695" and a different Snapchat user, hereinafter referred to as "MINOR 2," age 8, being solicited through Snapchat by user M9156695 for CSAM.

8. As part of these CyberTipline reports, Snapchat provided subscriber information for M9156695 and MINOR 2's Snapchat accounts, to include their usernames, reported phone number or email address, reported dates of birth, IP addresses used to access the accounts, a portion of their conversation, and videos sent from MINOR 2 to M9156695. MINOR 2 reported this

conversation and user M9156695 to Snapchat. When MINOR 2 reported user M9156695 to Snapchat, she included a message, "Made us pee and poop on a towel and he showed his private to us." Along with a portion of the chat, the CyberTipline reports contained two videos that MINOR 2 sent to M9156695 on August 15, 2025:

a. A video that is 9 seconds in length that depicts a prepubescent minor girl, with no pubic hair, nude from the waist down and wearing a pink Hello Kitty t-shirt. She is sitting on the ground on what appears to be a towel and is spreading her legs to expose her vagina. The video is focused on her vagina with her head out of the frame; and

b. A video that is 2 seconds in length very similar to the previous video in that it depicts a prepubescent minor girl, with no pubic hair, nude from the waist down and wearing a pink Hello Kitty t-shirt. She is sitting on the ground on what appears to be a towel and is spreading her legs to expose her vagina. The video is focused on her vagina with her head out of the frame.

9. In response to the federal search warrant, Snapchat provided FBI with content of the M9156695 account, which your affiant has reviewed, and which included the chat conversation between M9156695 and MINOR 2, among other information. Snapchat also provided the videos that MINOR 2 sent to M9156695, as described above. Below is a summary of the Snapchat communications between M9156695 and MINOR 2:

a. On August 15, 2025, MINOR 2 told M9156695 she was 9 years old. MINOR 2 sent a picture of her face with her blonde hair messy in front of her face. M9156695 told her she was cute. MINOR 2 said she was looking to just chat

with someone, and M9156695 responded that he was looking for more than that. M9156695 started asking to see more of her and asked to see her belly.

b. In addition to the video files described above, MINOR 2 appears to have sent M9156695 other image files, but they are no longer visible in the chat, and M9156695 commented on them. MINOR 2 told M9156695 she would start with showing him her feet and legs. It appears that she did send him pictures because he commented on her slippers and told her, "I think those shorts need to be lowered a bit," "Yea take same pic again," "But with shorts lowered down to knees :)" M9156695 then told MINOR 2, "U still didn't lower ur shorts," "I didn't see them lowered to ur knees…" MINOR 2 asked M9156695, "Wanna see my private" and M9156695 replied, "Yeesssssssd." MINOR 2 asked M9156695, "That what you mean" and he replied, "Yep." MINOR 2 told M9156695 to show his, referring to his penis, after and he said okay. MINOR 2 appeared to send another picture that is not visible in the chat any longer, and M9156695 responded, "Move cam closer to it," "Love it!" and "Did u have ur friend add me?" M9156695 asked MINOR 2 if she wanted to see his penis, appeared to send a picture that is no longer visible in the chat, then asked her if she liked it.

c. Later in the chat, M9156695 told MINOR 2 to "Take it all off," and MINOR 2 appeared to send a picture that is no longer visible in the chat. M9156695 responded to this picture with, "Damnnnnn," "So hot," and "Open it up wide for me." MINOR 2 told him ok and appeared to send another picture that is no

longer visible in the chat. M9156695 responded, "Mmmm it's so nice," "Can u rub it for me," and "Or put sum inside it." MINOR 2 asked M9156695 what he meant, and he replied, "Put like ur finger in the hole inside :)" MINOR 2 continued sending what appear to be pictures or videos to M9156695 that are no longer visible in the chat, as M9156695 responded instructing her, "Do a video with ur legs up like that," "With a finger in it," "Do it longer," "Like finger in and out," "Ye go in and out faster," "And harder." M9156695 eventually told MINOR 2 to "Try and poop on the towel too" and "Push a little out." Based upon M9156695's comments during their chat, it appears MINOR 2 sent numerous pictures or videos of herself nude and exposing her vagina to M9156695 at his request, in addition to the videos of MINOR 2 exposing her vagina that Snapchat provided, as described above. **(Count One – manufacture and attempted manufacture of child pornography).**

10. During this investigation, MINOR 2 was identified, and her name and date of birth are known to your affiant. She was eight years old at the time she chatted with Snapchat user M9156695.

11. According to records provided by Snapchat, account MAX22715356 was created on July 14, 2025, and then deleted on July 16, 2025. Snapchat account M9156695 was created on August 14, 2025, and then deleted on August 15, 2025. Snapchat log files show both accounts were being accessed using an iPhone 16.

12. The user of MAX22715356 and M9156695 chatted with approximately 25 individuals who identified themselves as minor girls who ranged in age from 9 to 13 years old.

MAX22715356 and M9156695 told the girls he was 13 years old and wanted to start a group chat for individuals ages 9 to 13. He explained to the girls that individuals in the group chat would share "spicy" pictures and show their bodies and then asked the girls to show him nude pictures of themselves before he would let them into the group chat. MAX22715356 and M9156695 always sent other users the same photo of a teen boy's face with blonde hair that he purported to be himself. At times, when the girls asked to hear his voice or get on a video call, made excuses as to why he could not do it.

13. On August 21, 2026, your affiant obtained a federal search warrant for ERIC SANVILLE's residence in Norwood, Pennsylvania and his person, approved by United States Magistrate Judge Pamela A. Carlos, Eastern District of Pennsylvania, in 26-mj-1643.

14. On August 27, 2026, FBI and other law enforcement executed the federal search warrant. ERIC SANVILLE was present at the residence, where he lives with his wife and minor child. SANVILLE is employed as an elementary school teacher in the North Penn School District.

15. After being informed that he was not under arrest, did not have to speak with agents, and was free to leave, SANVILLE agreed to be interviewed by your affiant. The interview was audio-recorded. In summary, SANVILLE admitted that he created and used both Snapchat accounts MAX22715356 and M9156695 to chat with minor girls. Using these accounts, he had the girls take nude pictures and videos of themselves to send to him. He told the minors that he was also a minor and used a picture of a teenage boy with blonde hair he found on Facebook. He directed the minors on what to do in the videos and to masturbate. He engaged in video calls with the girls, in which he would not show his face or talk because he had told them he was a minor. On video calls, SANVILLE masturbated for the minors, and the minors masturbated while he

watched. He also masturbated to the nude pictures and videos of the minors that he received from them. SANVILLE admitted that he knew the ages of the minors with whom he was communicating. SANVILLE stated all the chats and child pornography in these Snapchat accounts were his; no one else used these accounts. SANVILLE engaged in this conduct using his iPhone 16, which no one else uses and which was seized during the search warrant. The search and forensic review of this device is ongoing.

## CONCLUSION

16. Based upon the information above, I respectfully submit that there is probable cause to believe that ERIC SANVILLE did employ, use, persuade, induce, entice, or coerce any minor, that is, a person under the age of 18 years, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, in violation of Title 18 U.S.C. § 2251(a), as more fully set forth in Attachment A. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of ERIC SANVILLE.

*/s/ James J. Zajac*
James J. Zajac
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Elizabeth L. Toplin
Digitally signed by Elizabeth L. Toplin
Date: 2026.08.27 10:29:07 -04'00'

HONORABLE ELIZABETH L. TOPLIN
United States Magistrate Judge

26-mj-1682

## ATTACHMENT A

**Count One – Manufacture and Attempted Manufacture of Child Pornography – 18 U.S.C. Section 2251(a), (e)**

On or about August 15, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant ERIC SANVILLE knowingly employed, used, persuaded, induced, enticed, and coerced Minor 2, a child under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and ERIC SANVILLE knew or had reason to know that the visual depiction would be transported or transmitted, and was actually transported or transmitted using any means and facility of interstate and foreign commerce.